

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2014

No. 04-14-00281-CV

**IN RE VERANO LAND GROUP, LP**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
                 Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice

On April 23, 2014, relator Verano Land Group, LP filed a petition for writ of mandamus and motion for emergency relief. The panel has considered the motion for emergency relief and it is DENIED. The petition for writ of mandamus remains pending before the court.

It is so **ORDERED** on April 24th, 2014.              PER CURIAM

ATTESTED TO: _____
                      Keith E. Hottle
                      Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012CI01753, styled *Fulbright & Jaworski, LLP v. Verano Land Group, LP*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.